EXHIBIT A

At Toem  October 1, 2015 – July 31, 2017

Desiree Matthews May 1, 2016 – July 31, 2016